# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE CODY,<br><br>      Plaintiff,<br><br>v.<br><br>THE SAFE AND FAIR FOOD COMPANY, LLC,<br><br>      Defendant. | No. 2:25-cv-01668-JAK-JPR<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE (DKT. 19)**<br><br>**[JS-6: CASE TERMINATED]** |

1

Based on a review of the Joint Stipulation of Dismissal of Action of the Individual Claims with Prejudice and the Putative Class Claims without Prejudice (the "Stipulation" (Dkt. 19)), sufficient good cause has been shown for the requested relief. Accordingly, the Stipulation is **APPROVED**, as follows:

This action is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the members of the Putative Class alleged in the Complaint. Each party shall bear its own attorney's fees and costs. All pending dates and deadlines are vacated. The case shall be closed by the Clerk.

**IT IS SO ORDERED.**

Dated: August 25, 2025

_____
John A. Kronstadt
United States District Judge